IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAC RAY MacFARLANE, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 3:13-cv-828 |
| BRUCE WESTBROOKS, | ) ) Judge Sharp |
| Respondent. | ) ) |

## ORDER

Mac Ray MacFarlane, a prisoner in state custody, has filed a petition for the writ of habeas corpus under 28 U.S.C. § 2254, along with the $5.00 filing fee.

Pursuant to Rule 4 of the Rules Governing § 2254 Cases, this Court is to promptly examine the petition and to dismiss it "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." The Court has conducted a preliminary review of the petition and finds that the petitioner has stated at least one colorable claim for relief, including a claim that the evidence was insufficient to support the verdict, in violation of the petitioner's right to due process. Accordingly, the respondent **SHALL FILE** an answer, motion, or other response within **30 days** of the date of entry of this Order on the docket.

The Clerk is **DIRECTED** to serve a copy of the petition and this Order via first-class mail on the respondent and the Attorney General of Tennessee. Rule 4, Rules Gov'g § 2254 Cases.

It is so **ORDERED**.

Kevin H. Sharp
United States District Judge